JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSHUA S. PAGLIAROLI,<br><br>Plaintiff,<br><br>v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security, | Case No. 5:24-cv-01797-DTB<br><br>[~~PROPOSED~~]<br>**JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: March 21, 2025

_____
THE HONORABLE DAVID T. BRISTOW
U.S. MAGISTRATE JUDGE

-1-